UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH ADAIR DAVIS,

        Plaintiff,

  v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

CASE NO. 3:16-CV-05129-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: July 15, 2016

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Keith Adair Davis, proceeding *pro se* and *in forma pauperis*, filed the civil rights Complaint on February 19, 2016. *See* Dkt. 1. After reviewing Plaintiff's Complaint, the Court declined to serve the Complaint, but gave Plaintiff an opportunity to amend his pleading. *See* Dkt. 7. On May 6, 2016, Plaintiff filed a Motion for Time Extension to Amend Claim. Dkt. 8. The Court granted Plaintiff's Motion, and instructed Plaintiff to amend his Complaint on or before June 10, 2016. Dkt. 9. The Court warned failure to file an amended

REPORT AND RECOMMENDATION - 1

complaint or adequately address the issues raised in the Order would result in the Court recommending dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915. Dkt. 7, 9.

Plaintiff has failed to comply with the Court's Order. He has not filed an amended complaint correcting the deficiencies contained within the Complaint. As Plaintiff has failed to respond to the Court's Order and prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 15, 2016, as noted in the caption.

Dated this 27th day of June, 2016.

David W. Christel
United States Magistrate Judge