UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH ADAIR DAVIS,

        Plaintiff,

   v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

CASE NO. 3:16-CV-05129-BHS

ORDER VACTING REPORT AND RECOMMENDATION

    The District Court referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Keith Adair Davis, proceeding *pro se* and *in forma pauperis*, filed the civil rights Complaint on February 19, 2016. *See* Dkt. 1.

    Plaintiff was instructed to amend his Complaint on or before June 10, 2016. Dkt. 9. Plaintiff's Amended Complaint was received by the Clerk's Office on June 24, 2016. *See* Dkt. 11. Between the date the Amended Complaint was received by the Clerk's Office and the date it was docketed, the undersigned entered a Report and Recommendation recommending Plaintiff's case be dismissed for failure to file an amended complaint. *See* Dkt. 10, 11. As Plaintiff has now

filed an Amended Complaint, the undersigned vacates the Report and Recommendation (Dkt. 10) and will consider the case in light of the Amended Complaint.

Dated this 29th day of June, 2016.

David W. Christel
United States Magistrate Judge