1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT TACOMA

10  KEITH ADAIR DAVIS,

11              Plaintiff,          CASE NO. 3:16-CV-05129-BHS-DWC

12       v.                         ORDER GRANTING EXTENSION OF
                                    TIME
13  WASHINGTON STATE
    DEPARTMENT OF CORRECTIONS,
14  et al.,

15              Defendants.

16     The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate

17  Judge David W. Christel. On December 12, 2016, Plaintiff Keith Adair Davis filed a timely

18  "Motion for Time Extension for Response to Defendants' Motion for Summary Judgment"

19  ("Motion"). Dkt. 74. Plaintiff states he needs additional time to obtain declarations to respond to

20  Defendants' Motion for Summary Judgment. *Id.* He also states he faces obstacles to responding

21  such as his incarceration, impending criminal trial, and health problems. *Id*. Defendants filed a

22  Response stating they do not oppose a 60-day extension of time to respond to the Motion for

23  Summary Judgment. Dkt. 75.

24

ORDER GRANTING EXTENSION OF TIME - 1

1   After review of the Motion and record, the Court grants Plaintiff's Motion as follows:
2   Plaintiff's response to Defendants' Motion for Summary Judgment must be filed on or before
3   February 27, 2017. The Court directs the Clerk to re-note Defendants' Motion for Summary
4   Judgment for March 3, 2017.[1]

5   Dated this 20th day of December, 2016.

David W. Christel
United States Magistrate Judge

---

[1] Plaintiff states he has not received discovery responses from Defendants. Dkt. 74. Defendants' counsel states Plaintiff has not submitted any discovery. Dkt. 75. Discovery must be completed by March 1, 2017. Dkt. 44. If Plaintiff wishes to conduct discovery, he should mail the discovery requests to Defendants' counsel, Assistant Attorney General Jerry Patrick Scharosch.