UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH ADAIR DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | CASE NO. 3:16-CV-05129-BHS-DWC<br><br>ORDER DIRECTING CLERK TO RE-NOTE MOTIONS FOR SUMMARY JUDGMENT |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Currently pending before the Court are two Motions for Summary Judgment filed on behalf of all Defendants. *See* Dkt. 59, 92. The Motions became ready for the Court's consideration on May 12, 2017. *See* Dkt. 90, 102. On May 5, 2017, Plaintiff filed an objection to an Order denying his Motion to Compel. *See* Dkt. 104. If the Honorable Benjamin H. Settle, the District Judge assigned to this case, grants Plaintiff's objection, the Motions for Summary Judgment will no longer be ready for consideration.

As Judge Settle's decision on Plaintiff's objection may impact the Court's ability to consider the Motions for Summary Judgment, the Court directs the Clerk to re-note the Motions

for Summary Judgment (Dkt. 59, 92) for June 9, 2017. The Court notes the deadlines for filing opposition and rely papers is not extended and no additional filings will be considered.

Dated this 23rd day of May, 2017.

David W. Christel
United States Magistrate Judge