UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH ADAIR DAVIS,<br><br>                 Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>                 Defendants. | CASE NO. C16-5129 BHS<br><br>ORDER EXTENDING DEADLINE FOR OBJECTIONS TO THE REPORT AND RECOMMENDATION UNTIL SEPTEMBER 15, 2017 |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 119), and Plaintiff's objections to the R&R (Dkt. 121).

The background and procedural history of this case is adequately set forth in the R&R. *See* Dkt. 119 at 2. The R&R was entered on July 25, 2017. Dkt. 119. On August 4, 2017, Plaintiff filed a motion for reconsideration, or "objections" to the R&R, with a supporting declaration. Dkts. 121, 122.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

ORDER - 1

Plaintiff has not raised an actual objection to any aspect of the R&R. *See* Dkt. 121. Instead, Plaintiff complains that he has only received a cover sheet and one page of the R&R at the facility in which he is incarcerated, and that he has a pending grievance to obtain the remaining pages. *Id.* at 3–4. He has also listed factors allegedly contributing to his failure to timely participate in proceedings before Judge Christel. *Id.* at 2–4. It should be noted, however, that Judge Christel excused the untimeliness of Plaintiff's filings in opposition to summary judgment and gave them due consideration. *See* Dkt. 119 at 2 n.2. Also worth noting is the fact that, on August 22, 2017, after the filing of his "objection" to the R&R, Plaintiff was again relocated by the Washington Department of Corrections. Dkt. 123.

Due to Plaintiff's statements that he has not yet received the R&R, the Court will extend his deadline for filing objections to the R&R until September 15, 2017. Plaintiff's motion for reconsideration of the R&R (Dkt. 121) will be terminated and the R&R will be re-noted for September 15, 2017. Failure to properly object to the R&R by that date will result in the Court adopting the R&R, entering judgment in favor of Defendants, and closing the case.

**IT IS SO ORDERED**.

Dated this 30th day of August, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2