|  |  |
|---|---|
| KEITH ADAIR DAVIS,<br><br>                Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | CASE NO. C16-5129 BHS<br><br>ORDER DENYING MOTION TO AMEND OR ALTER JUDGMENT |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

This matter comes before the Court on Plaintiff's motion to alter or amend judgment filed on November 15, 2017. Dkts. 133–135.

Under Federal Rule of Civil Procedure 59(e), a motion to alter or amend judgment "should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999). The rule "may not be used to relitigate old matters, or raise arguments or present evidence that could have been raised prior to entry of final judgment." *Exxon Shipping Co. v. Baker*, 554 U.S. 471, 485 n.5 (2008).

1 | The issues cited in Plaintiff's motion to amend or alter the judgment have already been addressed by the R&R issued by the Honorable David W. Christel, United States Magistrate Judge, which was adopted by the Court's previous order. Dkts. 119, 132. The motion is **DENIED**.

Dated this 13th day of February, 2018.

BENJAMIN H. SETTLE
United States District Judge